UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 1:03-cv-6244 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | |
| ROJELIO ARROYO, et al., | ) | ORDER DISMISSING DEFENDANT |
| | ) | WITH PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the notice of voluntary dismissal submitted by the plaintiff, defendant ROJELIO ARROYO, only, is dismissed with prejudice.  Each party are to bear it's own costs and attorney fees.

Dated: April 26, 2005           /s/ OLIVER W. WANGER
                                _____
                                OLIVER W. WANGER
                                United States District Judge

1