IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., | CASE NO. CV-F-03-6244 OWW LJO |
| Plaintiff, | **ORDER VACATING HEARING** |
| vs. | |
| ROJELIO ARROYO, et al., | |
| Defendants. | |

In this satellite piracy action, plaintiff DIRECTV, Inc. seeks a $20,000 default judgment against defendant Lawrence Weir, $1,718.55 in attorneys' fees and costs to be awarded pursuant to Rule 54. The Court finds the motion appropriate for disposition without oral argument. Pursuant to Local Rule 78-230(h), this matter is submitted on the pleadings without oral argument. Therefore, the hearing set for June 24, 2005 is VACATED. The Court will rule on the motion at a later date.

**IT IS SO ORDERED.**

**Dated:   June 17, 2005**           /s/ Lawrence J. O'Neill
**b9ed48**                           **UNITED STATES MAGISTRATE JUDGE**

1