IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., | CASE NO. CV-F-03-6244 OWW LJO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON DEFAULT JUDGMENT MOTION** |
| vs. | (Doc. 51) |
| ROJELIO ARROYO, et al, | |
| Defendants. | |

In this satellite piracy action, plaintiff DIRECTV, Inc. ("DIRECTV") seeks a $20,000 default judgment against defendant Lawrence Weir ("Weir"), $1,718.55 in attorneys' fees and costs to be awarded pursuant to Rule 54. Weir has neither made an appearance nor filed papers in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72-302(c)(19).

On June 23, 2005, the Magistrate Judge filed findings and recommendations that plaintiff be granted a $10,000 (ten thousand dollar) default judgment, pursuant to 18 U.S.C. §2511, $560.00 in attorneys' fees, and costs pursuant to Rule 54. The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within ten (10) days. *See* Rules 5(a) and 55(b)(2), Federal Rules of Civil Procedures. No objections have been filed.

/////

In accordance with the provisions of 28 U.S.C. §636(b)(1)(C) and Local Rule 73-305, the Court has carefully reviewed the entire file. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED THAT:

1. The findings and recommendations issued by the Magistrate Judge on June 23, 2005 are ADOPTED in full.

2. This Court GRANTS the following:

    a. The motion for default judgment in favor of DIRECTV, Inc. and against defendant Lawrence Weir in statutory damages pursuant to 18 U.S.C. §2511, in the amount of $10,000,

    b. The request for an award of attorneys' fees in the amount of $560.00, and

    c. The request for costs to be awarded pursuant to Rule 54.

IT IS SO ORDERED.

**Dated:   July 13, 2005**              /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE