**FILED**

July 28, 2005

Clerk, U. S. District Court
Eastern District of California

By /s/J. Hellings
J. Hellings, Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

DIRECTV, INC.,

        Plaintiff,　　　　**DEFAULT JUDGMENT**

  vs.

                       **1:03-cv-6244 OWW LJO**

LAWRENCE WEIR

        Defendant.

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of Plaintiff, **DIRECTV, INC.** and against Defendant **LAWRENCE WEIR** in the amount of $10,000.00 and attorneys' fees in the amount of $560.00.

Date: July 28, 2005

                        JACK L. WAGNER, Clerk

                        By /s/J. Hellings
                           J. Hellings, Deputy Clerk

dfltjgm